UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUZ EDITH CABEZAS LOPEZ,<br><br>                Petitioner,<br>    v.<br><br>KRISTI NOEM, et al.,<br><br>                Respondents. | CASE NO. C25-2161JLR<br><br>ORDER |

Before the court is Respondents' December 4, 2025 status report and Petitioner Luz Edith Cabezas Lopez's notice of withdrawal of her petition for writ of habeas corpus. (Report (Dkt. # 6); Notice (Dkt. # 8).) Respondents assert that this matter is now moot because Petitioner voluntarily departed from the United States to Colombia on December 2, 2025, and is no longer in custody. (Report at 1; Vogel Decl. (Dkt. # 7) ¶ 3.) In response, Petitioner informs the court that she is withdrawing her habeas petition because she was removed to Colombia and did not wish to pursue an appeal before the Board of

ORDER - 1

Immigration Appeals. (Notice.) Accordingly, the court DIRECTS the Clerk to close this matter.

Dated this 4th day of December, 2025.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2